RALPH J. MARRA, JR.
Acting States Attorney
LEAH A. BYNON
Assistant U.S. Attorney
970 Broad Street, Suite 700
Newark, NJ 07102
(973) 645-2736
(FLU:KCPB)

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Hon. Peter G. Sheridan |
| Plaintiff, | Criminal No. 07-200 |
| v. | |
| DANIEL DIAZ, | |
| Defendant, | |
| and | |
| BANK OF AMERICA, | |
| Garnishee. | |

This matter having been opened to the Court by the Acting States Attorney for the District of New Jersey, on behalf of plaintiff United States of America, and for good cause shown,

IT IS on this 11 day of May, 2009

ORDERED that the Application and Order for Writ of Garnishment in this matter is hereby WITHDRAWN.

_____
HON. PETER G. SHERIDAN
JUDGE, U.S. DISTRICT COURT